UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACQIS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>EMC CORPORATION,<br><br>                Defendant. | C.A. No. 1:14-cv-13560-ADB |

**DECLARATION OF NATHAN R. CURTIS IN SUPPORT OF
DEFENDANT EMC CORPORATION'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Nathan R. Curtis, hereby declare as follows:

    1.    I am a resident of the United States and over the age of 21. The facts set forth herein are true and of my personal knowledge. If called upon to testify, I could and would verify competently thereto.

    2.    I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and represent the Defendant EMC Corporation ("EMC") in the above-captioned action. I am a member in good standing of the State Bar of Texas.

    3.    I submit this declaration in support of EMC's Motion for Summary Judgment of Non-Infringement.

    4.    Attached as **Exhibit 1** hereto is a true and correct copy of excerpts of the Expert Report of Thomas A. Gafford, dated February 16, 2018.

    5.    Attached as **Exhibit 2** hereto is a true and correct copy of excerpts of the Rebuttal Expert Report of Thomas A. Gafford, dated April 6, 2018.

    6.    Attached as **Exhibit 3** hereto is a true and correct copy of U.S. Patent No. 8,041,873.

7. Attached as **Exhibit 4** hereto is a true and correct copy of the Rebuttal Expert Report of Dr. Andrew Hospodor, dated April 6, 2018.

8. Attached as **Exhibit 5** hereto is a true and correct copy of excerpts of the Declaration of Volker Lindenstruth in IPR2014-01462, dated June 20, 2015.

9. Attached as **Exhibit 6** hereto is a true and correct copy of excerpts of Patent Owner's Response in IPR2015-01462, dated June 11, 2015.

10. Attached as **Exhibit 7** hereto is a true and correct copy of excerpts of Plaintiff's Claim Construction presentation before the Court at the July 27, 2017, *Markman* hearing.

11. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts of the transcript of the deposition of Thomas A. Gafford, dated May 3, 2018.

12. Attached as **Exhibit 9** hereto is a true and correct copy of excerpts of the transcript of the deposition of Thomas A. Gafford, dated May 18, 2018.

13. Attached as **Exhibit 10** hereto is a true and correct copy of excerpts of the oral hearing in IPR2014-01462 and IPR2014-01469, held on December 8, 2015.

14. Attached as **Exhibit 11** hereto is a true and correct copy of excerpts of the deposition of Volker Lindenstruth in IPR2014-01462 and IPR2014-01469, dated August 27, 2015.

15. Attached as **Exhibit 12** hereto is a true and correct copy of excerpts of the PCI Local Bus Specification, Revision 2.1, dated June 1, 1995, and produced with Bates numbers 2ACQ0356661–958.

16. Attached as **Exhibit 13** hereto is a true and correct copy of the Declaration of Ajay V. Bhatt, dated July 17, 2018, which attaches the Expert Report of Ajay V. Bhatt, dated April 6, 2018.

17. Attached as **Exhibit 14** hereto is a true and correct copy of excerpts of the PCI Express Base Specification, Revision 2.0, dated December 20, 2006, and produced with Bates numbers 2ACQ0306224–831.

18. Attached as **Exhibit 15** hereto is a true and correct copy of the Supplement to ACQIS's Infringement Contentions, dated January 5, 2018.

19. Attached as **Exhibit 16** hereto is a true and correct copy of excerpts of the transcript of the status conference held on March 30, 2016.

20. Attached as **Exhibit 17** hereto is a true and correct copy of excerpts of the transcript of the status conference and motions hearing held on June 20, 2017.

21. Attached as **Exhibit 18** hereto is a true and correct copy of excerpts of the transcript of the first day of the *Markman* hearing in the U.S. District Court for the District of Massachusetts, dated July 27, 2017.

22. Attached as **Exhibit 19** hereto is a true and correct copy of excerpts of the transcript of the second day of the *Markman* hearing in the U.S. District Court for the District of Massachusetts, dated July 28, 2017.

23. Attached as **Exhibit 20** hereto is a true and correct copy of excerpts of the Expert Report of Thomas A. Gafford Offered in Rebuttal to the Corrected Expert Report of Robert McClure on the Validity of United States Patent Nos. 6,216,185, 6,718,415, 7,099,981, 7,146,446, 7,328,297, 7,363,416, and 7,376,779, in *ACQIS LLC v. Dell Inc. et al.*, No. 6:09-cv-000148 (E.D. Tex.).

24. Attached as **Exhibit 21** hereto is a true and correct copy of excerpts of the PCI Local Bus Specification, Revision 2.1, as annotated in the May 3, 2018, deposition of Thomas A. Gafford.

25. Attached as **Exhibit 22** hereto is a true and correct copy of the December 19, 2017, letter from P. Torchia to J. Brogan.

26. Attached as **Exhibit 23** hereto is a true and correct copy of excerpts of A. Wilen et al., INTRODUCTION TO PCI EXPRESS (2003).

27. Attached as **Exhibit 24** hereto is a true and correct copy of excerpts of M. Jackson et al., PCI EXPRESS TECHNOLOGY (2012).

28. Attached as **Exhibit 25** hereto is a true and correct copy of excerpts of the transcript of the deposition of Andrew Hospodor, dated May 10, 2018.

29. Attached as **Exhibit 26** hereto is a true and correct copy of U.S. Patent No. 6,345,330.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Nathan R. Curtis