# EXHIBIT 4

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**