UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACQIS, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>EMC CORPORATION,<br><br>                    Defendant. | C.A. No. 1:14-cv-13560-ADB |

**DECLARATION OF JORDAN BEKIER
IN SUPPORT OF EMC CORPORATION'S MOTION TO EXCLUDE
THE OPINIONS OF PROFESSOR STEPHEN MAGEE**

I, Jordan Bekier, hereby declare as follows:

  1. I am a resident of the United States and over the age of 21.  The facts set forth herein are true and of my personal knowledge.  If called upon to testify, I could and would verify competently thereto.

  2. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant EMC Corporation ("EMC") in the above-captioned action.  I am a member in good standing of the State Bar of California and admitted to this Court *Pro Hac Vice*.

  3. I submit this declaration in support of EMC's Motion to Exclude the Opinions of Professor Stephen Magee.

  4. Attached as **Exhibit 1** hereto is a true and correct copy of excerpts from the Expert Report of Professor Stephen P. Magee, dated February 16, 2018, and selected exhibits thereto.

5. Attached as **Exhibit 2** hereto is a true and correct copy of the May 22, 2018 Corrections to Expert Report of Professor Stephen P. Magee.

6. Attached as **Exhibit 3** hereto is a true and correct copy of excerpts from the transcript of the May 24, 2018 deposition of Stephen P. Magee, Ph.D.

7. Attached as **Exhibit 4** hereto is a true and correct copy of excerpts from the Expert Report of Thomas A. Gafford, dated February 16, 2018.

8. Attached as **Exhibit 5** hereto is a true and correct copy of excerpts from the Rebuttal Expert Report of Thomas A. Gafford, dated April 6, 2018.

9. Attached as **Exhibit 6** hereto is a true and correct copy of excerpts from the transcript of the May 18, 2018 depositions of Thomas A. Gafford.

10. Attached as **Exhibit 7** hereto is a true and correct copy of excerpts from the Expert Report of Dr. Devrim Ikizler, dated February 16, 2018.

11. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts from the May 22, 2018 Corrected Exhibits to the Expert Report of Dr. Devrim Ikizler.

12. Attached as **Exhibit 9** hereto is a true and correct copy of excerpts from the Rebuttal Expert Report and Disclosure of Julie L. Davis, dated April 6, 2018.

13. Attached as **Exhibit 10** hereto is a true and correct copy of excerpts from the Expert Report of Dr. William R. Michalson Regarding Validity and Enforceability Issues for Certain ACQIS Patents, dated February 16, 2018.

14. Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the transcript of the June 15, 2017 deposition of Douglas G. DeVivo.

15. Attached as **Exhibit 12** hereto is a true and correct copy of ACQIS LLC's Responses and Objections to Defendant's Eighth Set of Interrogatories (Nos. 24-25), dated May 11, 2017.

16. Attached as **Exhibit 13** hereto is a true and correct copy of excerpts from Defendant EMC Corporation's Objections to and Responses to Plaintiff's Third Set of Interrogatories (Nos. 13-25), dated May 12, 2017.

17. Attached as **Exhibit 14** hereto is a true and correct copy of excerpts from the Expert Report of Dr. Christopher A. Vellturo Regarding Defendant Hewlett-Packard Co., dated September 28, 2010 (*ACQIS LLC v. Appro Int'l, Inc., et al.*, Case No. 6:09-00148, E.D. Tex.) (2ACQ0356552).

18. Attached as **Exhibit 15** hereto is a true and correct copy of excerpts from the from the Expert Report of Dr. Christopher A. Vellturo Regarding Defendant Sun Microsystems, Inc., dated November 12, 2010 (*ACQIS LLC v. Appro Int'l, Inc., et al.*, Case No. 6:09-00148, E.D. Tex.) (2ACQ0681617).

19. Attached as **Exhibit 16** hereto is a true and correct copy of excerpt from the Expert Report of Dr. Christopher A. Vellturo Regarding Defendant Dell, Inc., dated September 28, 2010 (*ACQIS LLC v. Appro Int'l, Inc., et al.*, Case No. 6:09-00148, E.D. Tex.) (2ACQ0691434).

20. Attached as **Exhibit 17** hereto is a true and correct copy of excerpts from the Expert Report of Dr. Christopher A. Vellturo Regarding Defendant International Business Machines Corp., dated September 28, 2010 (*ACQIS LLC v. Appro Int'l, Inc., et al.*, Case No. 6:09-00148, E.D. Tex.) (2ACQ0691638).

21. Attached as **Exhibit 18** hereto is a true and correct copy of John R. Allison, et al., "Understanding the Realities of Modern Patent Litigation," Texas Law Review, Vol. 92:1769 (2014) (2ACQ0422567).

22. Attached as **Exhibit 19** hereto is a true and correct copy of ACQIS LLC's P.R. 4-5(a) Opening Claim Constr. Brief, *ACQIS LLC v. Alcatel-Lucent USA Inc.*, No. 6:13-cv-638-LED (E.D. Tex. Jan. 5, 2015), ECF No. 129.

23. Attached as **Exhibit 20** hereto is a true and correct copy of errata to the transcript of the May 24, 2018 deposition of Stephen P. Magee, Ph.D.

24. Attached as **Exhibit 21** hereto is a true and correct copy of excerpts from the transcript of the July 11, 2017 deposition of Thomas A. Brown.

25. Attached as **Exhibit 22** hereto is a true and correct copy of excerpts from the transcript of the August 30, 2010 deposition of John Nieto, submitted in *ACQIS LLC v. Appro Int'l, Inc., et al.*, Case No. 6:09-00148, E.D. Tex. (2ACQ0426529).

26. Attached as **Exhibit 23** hereto is a true and correct copy of the First Amended Complaint (DI. 9), dated November 8, 2011, submitted in *ACQIS LLC v. Int'l Bus. Mach. Corp.*, No. 11-cv-546-LED, E.D. Tex.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: July 19, 2018

                                                */s/Jordan Bekier*
                                                Jordan Bekier