# EXHIBIT 20

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**

# EXHIBIT 21

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**

# EXHIBIT 22

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**