# KING & SPALDING

King & Spalding LLP
601 South California Avenue, Ste. 100
Palo Alto, CA 94304
Tel: +1 650 422 6700
Fax: +1 650 422 6800
www.kslaw.com

Thomas J. Friel, Jr.
Partner
Direct Dial: +1 650 422 6741
Direct Fax: +1 650 422 6800
Mobile: 415-990-7997
tfriel@kslaw.com

March 2, 2020

<u>VIA ECF</u>

Honorable Allison D. Burroughs
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

  Re: *ACQIS LLC v. EMC Corporation*
     U.S. District Court, District of Massachusetts Case No. 1:14-cv-13560-ADB

Dear Honorable Judge Burroughs:

  We write to request that the Court set hearing dates on the pending summary judgment motions and set pretrial and trial dates.

  ACQIS recognizes that the Court has a very busy docket, and that this case needs to fit within the context of that. In view of that, we raise a few important points for consideration.

  This case was filed in 2013 in the Eastern District of Texas. The Texas court set this case and several related cases for trial on April 11, 2016, nearly 4 years ago.

  On September 10, 2014, the Court conditionally granted a transfer to this court. In its transfer order, the Court expressed concern for the potential for delay, noting: "Motions to transfer can often disrupt and stall litigation, increasing costs and adding years to the time of final resolution of the dispute."

  The parties completed briefing of dispositive motions in September 2018, or about seventeen months ago. The parties completed their most recent mediation on August 22, 2019. No hearing date has been set for the dispositive motions. No trial date has been set.

  As previously noted to this court, some of Plaintiff's key witnesses are in their seventies. The inventor, Mr. Chu, is approaching seventy. The Chairman is in his seventies. The expert witnesses are in their sixties. I am in my late sixties.

Hon. Allison D. Burroughs
March 2, 2020
Page 2

     We respectfully request that the Court set a hearing date for the dispositive motions and a trial date as soon as possible.

     Thank you for your consideration.

Very truly yours,

Thomas J. Friel
*Partner*

*Counsel for Plaintiff ACQIS, LLC*

TJF:rrp