UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACQIS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>EMC CORPORATION,<br><br>                Defendant. | C.A. No. 1:14-cv-13560-ADB |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 6(b), Defendant EMC Corporation ("EMC") and Plaintiff ACQIS, LLC ("ACQIS") (collectively, the "Parties") jointly move the Court to extend the deadline for EMC to file a motion for attorneys' fees pursuant to 35 U.S.C. § 285 to thirty (30) days from the date on which the last appeal of the judgment entered in favor of EMC (*see* Dkt. No. 666), or if no appeal is filed the time for filing the appeal, is exhausted.  As grounds for this motion, the Parties jointly state that the requested extension will promote efficiency and that no party will be prejudiced by the extension.

WHEREFORE, the Parties jointly respectfully request the Court grant this motion to postpone the deadline for EMC to file a motion for attorneys' fees to thirty (30) days from the date on which the last appeal of the judgment in favor of EMC (Dkt. No. 666) is exhausted or, if no appeal is filed, thirty (30) days from the time for filing the appeal.

Date:  February 26, 2021

Respectfully submitted,

*/s/ Christine Bush*
Christine K. Bush (BBO #635381)
Michael J. Connolly (BBO #638611)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA  02109
Telephone: (617) 345-9000
cbush@hinckleyallen.com
mconnolly@hinckleyallen.com

Josh Krevitt
Benjamin Hershkowitz
Paul E. Torchia
Brian A. Rosenthal
Katherine Q. Dominguez
Laura Corbin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
ptorchia@gibsondunn.com
brosenthal@gibsondunn.com
kdominguez@gibsondunn.com
lcorbin@gibsondunn.com

Jordan Bekier
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
jbekier@gibsondunn.com

Nathan Curtis
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
ncurtis@gibsondunn.com

        Krishnendu Gupta (BBO #632793)
        Thomas A. Brown (BBO #657715)
        EMC Corporation
        176 South Street
        Hopkinton, MA 01748
        krish.gupta@emc.com
        tom.brown@emc.com

        *ATTORNEYS FOR DEFENDANT EMC CORPORATION*

        */s/ James P. Brogan*
        James P. Brogan
        KING & SPALDING LLP
        1515 Wynkoop St., Suite 800
        Denver, CO  80202
        Telephone: (720) 535-2310
        Facsimile: (720) 535-2400
        jbrogan@kslaw.com

        Thomas J. Friel, Jr.
        KING & SPALDING LLP
        601 S. California Avenue
        Palo Alto, CA  94304
        Telephone: (650) 422-6741
        Facsimile: (650) 422-6800
        tfriel@kslaw.com

        *ATTORNEYS FOR PLAINTIFF ACQIS LLC*

## CERTIFICATE OF SERVICE

    I, Laurel M. Gilbert, hereby certify that on this 26th day of February, 2021, I caused true and accurate copies of the within document to be served on all counsel who have requested notice in this case via the Court's CM/ECF system.

        */s/ Laurel M. Gilbert*
        Laurel M. Gilbert